UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN BERT FENTON,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:15-cr-00222-RJJ-1

## **ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Kevin Bert Fenton's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1). The court conducted an evidentiary hearing today at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has proven by clear and convincing evidence that defendant poses a danger to the community. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 6th day of January, 2016.

                                                        /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge